# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | Case No.: 7:13CR00024-01 |
| v. ) | USM No: 17270-084 |
| MICHAEL ROY DAVID ADAMS ) | Fay F. Spence |
| ) | Defendant's Attorney |
| Date of Previous Judgment: September 10, 2013 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   [✓] **DENIED.**     [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | _____ | Amended Offense Level: | _____ |
| Criminal History Category: | _____ | Criminal History Category: | _____ |
| Previous Guideline Range: | ___ to ___ months | Amended Guideline Range: | ___ to ___ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other *(explain)*:

## III. ADDITIONAL COMMENTS

See attached memorandum opinion.

Except as provided above, all provisions of the judgment dated September 10, 2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: NOVEMBER 23, 2015

Effective Date: _____
*(if different from order date)*

Judge's signature: /s/ Glen E. Conrad
Hon. Glen E. Conrad, Chief U.S. District Judge
*Printed name and title*